UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHUNYAN DENG,<br><br>    Plaintiff,<br><br>    v.<br><br>I. FRANCIS CISSNA, Director of the United States Citizenship and Immigration Services, et al.,<br><br>    Defendants. | No. CV 19-4435 PA (MAAx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE**<br><br>Honorable Percy Anderson<br>United States District Judge |

In light of the parties' Stipulation Dismissing Action Without Prejudice, IT IS HEREBY ORDERED that the above-captioned action is dismissed without prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs, fees, and expenses.

DATED: November 13, 2019

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Presented by,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

  */s/ Aaron C.G. Carpenter*
AARON C.G. CARPENTER
Assistant United States Attorney

Attorneys for Federal Defendants